**Order entered September 11, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00359-CV

### LEE PURSER, Appellant

### V.

### BRENT L. CORALLI, JET TEXT, LLC, AND CORALLI, INC., Appellees

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05082-2013**

## ORDER

We **GRANT** the August 31, 2015 unopposed motion to withdraw as counsel filed by Patrick W. Powers, Peyton J. Healey, and the law firm of Powers Taylor, LLP. We **DIRECT** the Clerk of the Court to remove Mr. Powers, Mr. Healey, and the law firm of Powers Taylor as counsel for appellant. All future communications to appellant regarding this appeal shall be directed to him as follows:

Lee Purser
350 New York Ave.
New Braunfels, Texas 78130
(210) 259-6737.

On the Court's own motion, we grant appellant additional time to file his brief and **ORDER** the brief be filed no later than October 12, 2015.

/s/    CRAIG STODDART
       JUSTICE